# EXHIBIT A



RUBER BROTHERS, INC.
980 Ave of Americas New York
Tel. (212) 686-2531

Pattern No. 1065 B 8/2

Width 42/3"

Price

Composition

100N

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Registration Number:

## VA 1-626-237

Effective date of
registration:

September 17, 2007

## Title

Title of Work: 1065

Nature of Work: DESIGN IN LACE

## Completion/Publication

Year of Completion: 2001

Date of 1st Publication: January 14, 2002

## Author

Author: KLAUBER BROTHERS, INC

Author Created: 2-Dimensional artwork

Work made for hire: Yes

Citizen of: United States

Anonymous: Yes          Pseudonymous: No

## Copyright claimant

Copyright Claimant: KLAUBER BROTHERS, INC
980 AVE OF THE AMERICAS, 2ND FLOOR, NEW YORK, NY, 10018

## Limitation of copyright claim

Material excluded from this claim: Previous existing lace and floral design

Previously registered: No

New material included in claim: Additional artistic work

## Certification

Name: MARK KLAUBER

Date: September 11, 2007

IPN#:

Registration #:     VA0001626237

Service Request #:    1-15440468

KLAUBER BROTHERS, INC
ATTN: MARK KLAUBER
980 AVE OF THE AMERICAS, 2ND FLOOR
NEW YORK, NY 10018

# EXHIBIT C



EXHIBIT D



# EXHIBIT E

KLAUBER BROTHERS, INC.

Tel. (212) 686 – 2531

Pattern No. 7087

Width

Price

Composition

# EXHIBIT F



COPYRIGHT
KLAUBER BROTHERS, INC.

Tel. (212) 686-2531

Pattern No. 7088 R

Width 5 – 1/2"

Price

Composition

69N 8R 23SP

EXHIBIT G

COPYRIGHT
KLAUBER BROTHERS, INC.
Tel. (212) 686—2631
Pattern No. 7089 52
Width 52/54"
Price
Composition
82N 18SP

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1—431—512**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

July 16 2009
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

7088

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 479 838 | 1991 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Klauber Brothers, Inc. | Klauber Brothers, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **2a, b, and 4**      Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼

Line 2a Klauber Brothers, Inc. listed as sole author; Line 2b Blank; Line 4 Transfer Blank

---

Corrected Information ▼

2a Klauber Brothers, Inc. co-author of design; 2b Classic Lace Designs Ltd., a UK corporation,
contribution a work for hire anonymous not pseudonymous co-author of design

Explanation of Correction ▼

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   · Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
· See detailed instructions.    · Sign the form at Space F.                                  Page 1 of ___ pages

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| 7/16/09 | | |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of ☑ Part B or ☐ Part C

# Transfer by Assignment from Author 2b

Correspondence: Give name and address to which correspondence about this application should be sent.

Philip H. Gottfried, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue, 21st Floor
New York, New York 10016

Phone ( 212 ) 336-8000        Fax ( 212 ) 336-8001        Email  ptodocket@arelaw.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                      ☐ owner of exclusive right(s)
☐ other copyright claimant    ☑ duly authorized agent of  Klauber Brothers, Inc.
                                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Philip H. Gottfried, Esq.                    Date ▼  July 9, 2009

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Philip H. Gottfried, Esq.<br>Amster, Rothstein & Ebenstein LLP<br>Number/Street/Apt ▼<br>90 Park Avenue, 21st Floor<br>City/State/ZIP ▼<br>New York, NY 10016 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—,000   Printed on recycled paper                    U.S. Government Printing Office: 2006—/—

# EXHIBIT I

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA    479 837

VA              VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Design 7089

**NATURE OF THIS WORK ▼** See instructions
Design in lace

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**NAME OF AUTHOR ▼**
Klauber Brothers Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  U.S.A.
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Design

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

NOTE

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 1   Year ▶ 1991
U.S.A.   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Klauber Brothers Inc.
114 East 32nd Street
New York, NY 10016

APPLICATION RECEIVED
NOV 19 1991
ONE DEPOSIT RECEIVED
NOV 19 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY ___ TLA ___    FORM VA

CHECKED BY ___

[ ] CORRESPONDENCE
Yes

VA   479 837

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes  [X] No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

[ ] This is the first published edition of a work previously registered in unpublished form

[ ] This is the first application submitted by this author as copyright claimant

[ ] This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a.   **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

HELFAT AND HELFAT
100 Maiden Lane
New York, NY 10038

Area Code & Telephone Number ▶   (212) 504-6060

Be sure to
give your
daytime phone
number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check only one ▼

[ ] author

[ ] other copyright claimant

[ ] owner of exclusive right(s)

[X] authorized agent of ___ Klauber Brothers, Inc. ___
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Roger Klauber                              date ▶  11/8/91

Handwritten signature (X) ▼

Roger Klauber

**MAIL CERTIFI-CATE TO**

Name ▼
KLAUBER BROTHERS INC.

Number/Street/Apartment Number ▼
114 East 32nd Street

City/State/Zip ▼
New York, NY 10016

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in a...

# EXHIBIT J

*-APPLICATION-*

## Title
Title of Work: Pattern 7087

## Completion/Publication
Year of Completion:  1991

Date of 1st Publication:  November 22, 1991          Nation of 1st Publication:  United States

## Author
Author:  Klauber Brothers, Inc.

Author Created:  2-D artwork

Work made for hire:  Yes

Citizen of:  United States          Domiciled in:   United States

Anonymous:  Yes

Author:  Classic Lace Designs Ltd.

Author Created:  2-D artwork

Work made for hire:  Yes

Citizen of:  United Kingdom          Domiciled in:  United Kingdom

Anonymous:  Yes

## Copyright claimant
Copyright Claimant:  Klauber Brothers, Inc.

980 6th Avenue, 2nd Floor, New York, NY, 10018, United States

## Limitation of copyright claim
Material excluded from this claim:  artistic work included in Pattern 7088 (of VA 479 838)

Previous registration and year:  VA 479 838          1991

New material included in claim:  2-D artwork

## Certification

Name: Philip H. Gottfried

Date: April 27, 2012

Applicant's Tracking Number: 46628/86

KLAUBER BROTHERS, INC.

Tel. (212) 586 – 2831

Pattern No. _7087_

Width

Price

Composition

WESTCOTT ← RULER

MADE IN USA



Tel. (212) 686—2531

Pattern No. 7087

Width

Price

Composition

KLAIBER BROTHERS, INC.

Tel. (212) 686—2531

Pattern No. 7088- 280

Width

Price

Composition

# EXHIBIT K

**Nitza Jones**

46628/86

From:           Copyright Office <cop-ad@loc.gov>
Sent:           Friday, May 11, 2012 2:24 PM
To:             ptodocket
Cc:             wkin@loc.gov
Subject:        1-758412372 Pattern 7087

Dear Philip Gottfried, Esq.:

I have compared the above work to the copy of the previously registered work that you supplied, and I can't tell the difference. It seems to be the same work, only smaller. We do not register changes in size or format of a previously registered work. If only the size had changed, the copyrighable authorship contained in the work would already be protected by the earlier registration.

But assuming that there is new artwork, as is stated on your application, could you supply more detailed identifying materials? Or point out the specific differences between the two? I just can't see any.

When replying, please cc my address at wkin@loc.gov. You may also call me direct at 202-707-0333.

Sincerely,

Wilbur King
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CNUBZG]

1

# EXHIBIT L

## Diana LeBlanc

| | |
|---|---|
| **From:** | Diana LeBlanc on behalf of Philip Gottfried |
| **Sent:** | Friday, May 11, 2012 3:18 PM |
| **To:** | 'cop-ad@loc.gov' |
| **Subject:** | Klauber Brothers, Inc.; Pattern 7087; THREAD ID:1-CNUBZG; Our File: 46628/86 |

THREAD ID:1-CNUBZG

Dear Mr. King:

In response to your e-mail of today relative to the above, we confirm that Pattern 7087 does not contain any artwork that is not in already-registered Pattern 7088. Nothing was added. Only some of the "generally arcuate" leaf and flower motifs of 7088 were removed in 7087.

Best regards.

Sincerely,

Philip H. Gottfried
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
(212) 336-8040 (voice, direct)
(212) 336-8000 (voice, main)
(212) 336-8001 (fax)
(212) 697-5995 (voice)
firm web site: www.arelaw.com
pgottfried@arelaw.com (e-mail)

-----Original Message-----
From: Nitza Jones
Sent: Friday, May 11, 2012 2:32 PM
To: Philip Gottfried
Cc: Diana LeBlanc
Subject: FW: 1-758412372 Pattern 7087 - Matter # 46628/86

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Friday, May 11, 2012 2:24 PM
To: ptodocket
Cc: wkin@loc.gov
Subject: 1-758412372 Pattern 7087

Dear Philip Gottfried, Esq.:

I have compared the above work to the copy of the previously registered work that you supplied, and I can't tell the difference. It seems to be the same work, only smaller. We do not register changes in size or format of a previously

1

registered work. If only the size had changed, the copyrightable authorship contained in the work would already be protected by the earlier registration

But assuming that there is new artwork, as is stated on your application, could you supply more detailed identifying materials? Or point out the specific differences between the two? I just can't see any.

When replying, please cc my address at wkin@loc.gov. You may also call me direct at 202-707-0333.

Sincerely,


Wilbur King
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CNUBZG]

EXHIBIT M

 **United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

May 15, 2012

Amster, Rothstein & Ebenstein LLP
Attn: Philip Gottfried, Esq.
90 Park Avenue, 21st Floor
New York, NY 10016
United States

Correspondence ID:   1-COSUTO

RE:     Pattern 7087

Dear Philip Gottfried, Esq.:

According to the limitation of claim statement on your application, this claim is based on new material added to preexisting elements. However, in your e-mail dated May 11, 2012, you have confirmed that there is no new artwork contained in "Pattern 7087" that was not already registered via "Pattern 7088." We therefore cannot register this claim because the new material does not contain a sufficient amount of original authorship.

To be protected by copyright, a work must contain original literary, artistic, or musical expression. If a work contains previously registered, previously published, or public domain material, the copyright in the revised version covers only the additions or changes appearing for the first time. If a work contains only minor revisions or additions, or consists only of new material not protected by copyright, **registration is not possible.**

Examples of material not protected by copyright include names, titles, short phrases, familiar shapes and symbols, typography, layout, format, or a mere change of size or coloring.

Because there is no basis for registration, we are closing your file without further action. The nonrefundable filing fees have been applied to administrative costs.

Wilbur King
Registration Specialist
Visual Arts Division
U.S. Copyright Office

Philip Gottfried, Esq.                                       - 2 -                                    1-COSUTO

Enclosures:
  Circulars 14, 31, 96 Sec. 202.1
  Reply Sheet

# EXHIBIT N



EXHIBIT O



# EXHIBIT P



# EXHIBIT Q



KLAUBER BROTHERS, INC.

Tel. (212) 686-2531

Pattern No. 7087

Width

Price

Composition