Philip H. Gottfried
Marc J. Jason
Richard S. Mandaro
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Attorneys for Plaintiff
Klauber Brothers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

KLAUBER BROTHERS, INC.,

                Plaintiff

v.

AMERICLO COUTURE INC. d/b/a
I.C. LONDON and d/b/a ALISSA CAGGIANO;
JEFFERY LUO; and MICHAEL KIN SOON
LEONG

                Defendants.

- - - - - - - - - - - - - - - - - - - -x

Civ. Act. No. 15 CV 00874 (LLS)(AJP)

<u>REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT
MICHAEL KIN SOON LEONG</u>

**ECF Case**

To:    Ruby J. Krajick
        Clerk of the Court
        United States District Court
        for the Southern District of New York

Plaintiff Klauber Brothers, Inc. respectfully requests entry of default pursuant to Fed.R.Civ.P. 55(a) against Defendant, Michael Kin Soon Leong for his failure to plead or otherwise defend or respond to the Complaint within the time specified by the Federal Rules.

602778.1

Within an accompanying Affidavit, the undersigned confirms that with respect to Mr. Leong, the party against whom the Clerk is requested to enter default and against whom judgment for affirmative relief is sought by the Complaint in the within action, it is established as follows:

1. Michael Kin Soon Leong is not an infant or incompetent person;

2. Michael Kin Soon Leong does not appear to be in the military service;

3. Michael Kin Soon Leong was properly served under Fed.R.Civ.P. 4, Proof Of Service having been filed with the Court; and

4. Michael Kin Soon Leong has failed to plead or otherwise defend in the action.

A proposed Certificate Of Default is submitted for the Court's convenience.

Respectfully submitted,

Philip H. Gottfried (pgottfried@arelaw.com)
Marc J. Jason (mjason@arelaw.com)
Richard S. Mandaro (rmandara@arelaw.com)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Telephone No.: (212) 336-8000

Attorneys for Plaintiff,
Klauber Brothers, Inc.

Dated: New York, New York
April 28, 2015

By: _____
Philip H. Gottfried