Philip H. Gottfried
Marc J. Jason
Richard S. Mandaro
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Attorneys for Plaintiff
Klauber Brothers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMERICLO COUTURE INC. d/b/a I.C. LONDON and d/b/a ALISSA CAGGIANO; JEFFERY LUO; and MICHAEL KIN SOON LEONG <br><br> Defendants. | Civ. Act. No. 15 CV 00874 (LLS)(AJP) <br><br> DECLARATION OF SERVICE <br><br> **ECF Case** |

---------------------------------x

State of New York     :
                      : ss.:
Country of New York   :

Philip H. Gottfried declares as follows:

I am a partner with Amster, Rothstein & Ebenstein LLP, counsel for Plaintiff in the above-identified action, not a party to this action, over the age of 18 years and reside in New York State. On April 28, 2015, I served:

1. Request for Entry of Default Against Defendant Michael Kin Soon Leong;

602932.1

2. Declaration in Support of Entry of Default Against Defendant, Michael Kin Soon Leong, including exhibits thereto; and

3. A draft of the Clerk's Certificate of Default Against Defendant Michael Kin Soon Leong

on Defendants by first class mail, postage prepaid, by causing the same to be placed in a plain envelope addressed as follows:

> Michael Kin Soon Leong
> 5 Bird Lane
> Hicksville, NY 11081

and on the other Defendants, by first class mail, postage prepaid, and e-mail as follows:

> Ryder, Lu, Mazzeo & Konieczny LLC
> Atten: Kao Lu, Esq. (klu@ryderlu.com) and
> Alison Dudick, Esq. (adudick@ryderlu.com)
> 14425 E. Darby Road
> Havertown, PA 19083

and on:

> Giordano Law Offices, PLLC
> Atten: Carmen S. Giordano, Esq. (carmen@csgiordano.com and
> Stefanie Behler, Esq. (stefanie@csgiordano.com)
> 226 Lenox Avenue
> New York, NY 10027

I declare, under penalty of perjury, in accordance with the provisions of 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Executed:

New York, New York  
April 28, 2015

By: _____  
Philip H. Gottfried