UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC. :
:
    Plaintiff and Counterclaim :
    Defendant :
:
v. : Civil Action No.: 15-CV-00874 (LLS)
:
AMERICLO COUTURE INC. d/b/a :
I.C. LONDON and d/b/a ALISSA :
CAGGIANO; and JEFFERY LUO, : **ECF Case**
Defendants and Counterclaim Plaintiffs :
:
    and :
:
MICHAEL KIN SOON LEONG, :
Defendant :

## ANSWER OF KLAUBER BROTHERS, INC. TO COUNTERCLAIM OF AMERICLO COUTURE, INC. AND JEFFERY LUO

Plaintiff and Counterclaim Defendant, Klauber Brothers, Inc. ("Klauber") hereby answers the Counterclaim of Americlo Couture, Inc. d/b/a I.C. London and d/b/a Alissa Caggiano ("Americlo") and Jeffery Luo ("Luo") as follows.

Klauber denies each and every allegation contained in the Counterclaim.

WHEREFORE, Klauber demands that the Counterclaim be dismissed in its entirety and that judgment be granted in favor of Klauber for the relief demanded in the Complaint, together with Klauber's attorneys' fees and costs and disbursements of this

602630.1

action , including without limitation, with respect to the Counterclaim and such and further relief as the Court may deem just and proper.

| | |
|---|---|
| Date:  April 28, 2015 | Respectfully submitted, |

AMSTER, ROTHSTEIN & EBENSTEIN LLP
*Attorneys for Plaintiff and Counterclaim Defendant*

_____
Philip H. Gottfried
90 Park Avenue
New York, New York 10016
Telephone:  212-336-8000
Email:  pgottfried@arelaw.com

602630.1

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, the within ANSWER OF KLAUBER BROTHERS, INC. TO COUNTERCLAIM OF AMERICLO COUTURE, INC. and JEFFERY LUO was served on Counterclaimants and on the Defendant by first class mail, postage prepaid, address to their counsel of record as follows:

           Ryder, Lu, Mazzeo & Konieczny LLC
           Atten: Kao Lu and Alison Dudick
           14425 E. Darby Road
           Havertown, PA  19083

and to:

           Giordano Law Offices, PLLC
           Atten: Carmen S. Giordano, Esq. and
           Stefanie Behler, Esq.
           226 Lenox Avenue
           New York, NY  10027

and to:

           Michael Kin Soon Leong
           5 Bird Lane
           Hicksville, NY  11081

           AMSTER, ROTHSTEIN & EBENSTEIN LLP
           90 Park Avenue
           New York, NY  10016

           _/s/ Philip H. Gottfried_
           Philip H. Gottfried, Esq.

602630.1