UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KLAUBER BROTHERS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.: 15-CV-00874 |
| | : | |
| AMERICLO COUTURE INC. d/b/a/ | : | |
| I.C. LONDON and d/b/a ALISSA | : | **NOTICE OF APPEARANCE** |
| CAGGIANO; JEFFERY LUO; and | : | |
| MICHAEL KIN SOON LEONG | : | |
| | : | |
| Defendants. | : | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Alison R. Dudick of the law firm of Ryder, Lu,

Mazzeo & Konieczny, LLC, as counsel in this matter on behalf of the defendants Americlo

Couture Inc. and Jeffery Luo.  Mrs. Dudick has been admitted *pro hac vice* in this matter.

Dated:  August 4, 2015

_Alison R. Dudick_
Signature

Name:  Alison R. Dudick

Firm Name:  Ryder, Lu, Mazzeo & Konieczny, LLC

Address:  808 Bethlehem Pike, Suite 200, Colmar, PA  18915

Telephone:  267-346-7210

Fax:  610-446-8841

Email:  adudick@ryderlu.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.          :
                                :
        Plaintiff,              :
                                :
vs.                             :        Civil Action No.: 15-CV-00874
                                :
AMERICLO COUTURE INC. d/b/a/    :
I.C. LONDON and d/b/a ALISSA    :
CAGGIANO; JEFFERY LUO; and      :
MICHAEL KIN SOON LEONG          :
                                :
        Defendants.             :

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, Notice of Appearance was served via ECF to the following attorneys of record:

> Philip H. Gottfried
> Richard Mandaro
> Amster, Rothstein & Ebenstein LLP
> 90 Park Avenue
> New York, New York 10016
> Telephone:  212-336-8000
> Email:  pgottfried@arelaw.com
>          rmandaro@arelaw.com
>
> *Attorneys for Plaintiff*

s/ Alison Dudick