**AMSTER ROTHSTEIN & EBENSTEIN LLP**
*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

| *Partners* | *Founding Partners* | *Of Counsel* | Richard P. Zemsky |
| Daniel Ebenstein | Morton Amster, *of Counsel* | Anne Hassett | Brendan O'Dea |
| Philip H. Gottfried | Jesse Rothstein (*1934-2003*) | *Associates* | David P. Goldberg |
| Neil M. Zipkin | *Senior Counsel* | Patrick Boland★ | Reena Jain |
| Anthony F. Lo Cicero | Marion P. Metelski | Benjamin Charkow | Adil Ahsanuddin |
| Kenneth P. George | Alan D. Miller, Ph.D. | Mark Berkowitz | Sandra Hudak |
| Ira E. Silfin | Marc J. Jason | Samuel Lo | Tzvi Hirshaut |
| Chester Rothstein | Richard S. Mandaro | Suzue Fujimori | |
| Craig J. Arnold | Holly Pekowsky | Jessica Capasso | |
| Charles R. Macedo | Matthieu Hausig | Brian Amos, Ph.D. | |
| Brian A. Comack | Benjamin M. Halpern★ | William M. Frank | |
| Max Vern | Jung S. Hahm | Hajime Sakai, Ph.D. | ★ Not admitted in New York |

<u>Via ECF</u>

September 10, 2015

Philip H. Gottfried
Direct 212 336 8040
E-mail pgottfried@arelaw.com

Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Klauber Brothers, Inc. v.*
> *Americlo Couture Inc. et al.*
> Civil Action No. 15-CV-00874 (LLS)
> **Settlement In Principle Reached**
> <u>Our File: 99997/102</u>

Dear Judge Stanton:

    Further to my telephone conversation with your clerk on September 10, 2015, we are writing to confirm that the Parties in the above referenced matter have reached an "Agreement in Principle" to resolve the case.

    In light of the foregoing, we request that the Pre-Motion Conference scheduled for tomorrow, September 11, 2015, be cancelled.

    Once all settlement documents have been prepared and agreed upon by the Parties, we anticipate submitting to Your Honor to certain documents to be "So Ordered."

    Defendants' counsel has consented to this request.

    Thank you for your assistance with this matter.

> Respectfully submitted,
>
> AMSTER, ROTHSTEIN & EBENSTEIN LLP
>
> *[signature]*
>
> Philip H. Gottfried

PHG:djl

cc:    Alison R. Dudick, Esq.

612823.2